DAVID HENKIN            #6876
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
Telephone No.: (808) 599-2436
Fax No.: (808) 521-6841
Email: dhenkin@earthjustice.org
Attorneys for Plaintiffs in Civil No. 13-00684 SOM RLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CONSERVATION COUNCIL FOR HAWAI'I, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    Defendants.<br>_____<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    Defendants. | CIVIL NO. 13-00684 SOM RLP<br><br>PLAINTIFFS CONSERVATION COUNCIL FOR HAWAI'I, ANIMAL WELFARE INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, AND OCEAN MAMMAL INSTITUTE'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE<br><br><br>CIVIL NO. 14- 00153 SOM RLP<br>(CONSOLIDATED CASE)<br><br><br>Judge: Hon. Susan Oki Mollway<br><br>Trial Date: None Assigned |

<u>PLAINTIFFS CONSERVATION COUNCIL FOR HAWAI'I, ANIMAL WELFARE INSTITUTE, CENTER FOR BIOLOGICAL DIVERSITY, AND OCEAN MAMMAL INSTITUTE'S MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, plaintiffs Conservation Council for Hawai'i, Animal Welfare Institute, the Center for Biological Diversity, and Ocean Mammal Institute, through their counsel Earthjustice, hereby move for summary judgment that:

1. The National Marine Fisheries Service ("NMFS") violated and is violating the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. §§ 1361 <u>et seq.</u>, and Administrative Procedure Act, 5 U.S.C. §§ 701 <u>et seq.</u>, by failing to prepare legally adequate regulations and associated Letters of Authorization to allow incidental take of marine mammals associated with U.S. Navy training and testing in the Hawaii-Southern California Training and Testing Study Area during the period of December 2013 through December 2018;

2. NMFS has violated and is violating the Endangered Species Act, 16 U.S.C. §§ 1531 <u>et seq.</u>, and Administrative Procedure Act by failing to prepare a legally adequate biological opinion and incidental take statement for U.S. Navy training and testing in the Hawaii-Southern California Training and Testing Study Area during the period of December 2013 through December 2018 and for promulgation of

        related MMPA incidental take regulations and associated Letters of Authorization;

3. The Navy has violated and is violating the National Environmental Policy Act, 42 U.S.C. §§ 4321 et seq., and Administrative Procedure Act by failing to prepare a legally adequate environmental impact statement ("EIS") for U.S. Navy training and testing in the Hawaii-Southern California Training and Testing Study Area during the period of December 2013 through December 2018; and

4. NMFS has violated and is violating the National Environmental Policy Act and Administrative Procedure Act by adopting and relying on a legally deficient EIS to promulgate MMPA regulations and issue associated Letters of Authorization to allow incidental take of marine mammals associated with U.S. Navy training and testing in the Hawaii-Southern California Training and Testing Study Area during the period of December 2013 through December 2018.

This motion is based on the pleadings and other papers on file herein, the memorandum attached hereto, the concise statement, declarations and exhibits filed herewith, and such other matters as may be presented to the Court.

\\

\\

DATED:   Honolulu, Hawai'i, October 30, 2014.

                    EARTHJUSTICE
                    850 Richards Street, Suite 400
                    Honolulu, Hawai'i  96813

                    /s/ David L. Henkin
By:  DAVID L. HENKIN
      Attorneys for Plaintiffs Conservation
      Council for Hawai'i, Animal Welfare
      Institute, the Center for Biological Diversity,
      and Ocean Mammal Institute