DAVID HENKIN          #6876
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi  96813
Telephone No.:  (808) 599-2436
Fax No.:  (808) 521-6841
Email:  dhenkin@earthjustice.org
Attorneys for Plaintiffs in Civil No. 13-00684 SOM RLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| CONSERVATION COUNCIL FOR HAWAII, *et al.*, | ) | CIVIL NO. 13-00684 SOM RLP |
| | ) | |
| | ) | DECLARATION OF CATHY ANN |
| Plaintiffs, | ) | LISS |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | ) | CIVIL NO. 14- 00153 SOM RLP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

I, Cathy Ann Liss, declare that, if called as a witness in this action, I would testify of my own personal knowledge as follows:

1. I am the President of Animal Welfare Institute ("AWI") and a member of its Board of Directors. I have been the President of AWI for twelve years. In that capacity, I run and manage the organization and its programs, and ensure AWI's long term future. In all, I have been with AWI for 32 years.

2. AWI is an international non-profit organization established in 1951, and is one of the plaintiffs in this action. AWI engages policymakers, scientists, industry, and the public to achieve better treatment of animals everywhere - in the laboratory, on the farm, in commerce, at home, and in the wild. For wild species, AWI advocates for both imperiled and common species.

3. AWI focuses on improving the conservation of protected or imperiled species by opposing human activities that cause harassment and habitat degradation, fragmentation, and destruction. Through advocacy, litigation, legislative efforts, research, and education, AWI acts to safeguard endangered and threatened wild animals and their habitats and to implement humane solutions to human-wildlife conflicts. AWI works with national and local governments and other policymakers to protect animals, often by preventing actions damaging to species and by promoting effective and safe wildlife protection laws and regulations.

4.     AWI has approximately 31,000 members and supporters worldwide, including members who live in Hawaiʻi and Southern California.  Members of AWI include scientists, snorkelers, divers, surfers, whale watchers, and ordinary citizens who live in Southern California or the Hawaiian Islands, as well as members who regularly travel there specifically because of the presence of diverse marine species.  These members regularly seek out opportunities to observe, listen to, photograph and study marine wildlife, including marine mammals and sea turtles, in Hawaiʻi and Southern California waters.

5.     AWI is involved in all aspects of protecting marine wildlife, including cetaceans, in Hawaiʻi and Southern California, from speaking and lobbying on their behalf in international forums such as the International Whaling Commission, Convention on Biological Diversity, and Convention on the International Trade in Endangered Species of Wild Fauna and Flora, educating constituents and members about cetaceans and the threats they face and monitoring domestic legislation and research that may affect their well-being, to participating in litigation to curb the U.S. Navy's use of mid-frequency active sonar in antisubmarine exercises in Hawaiʻi waters, participating in at-sea research to assess marine mammal responses to active sonar during U.S. Navy exercises, participating in U.S. Navy and National Marine Fisheries Service ("NMFS") workshops on ocean noise, and providing public comment on environmental documentation for Navy anti-

submarine warfare training exercises. AWI has participated in public review of and comment on the Navy's 2005 Draft Overseas EIS for the Undersea Warfare Training Range, the Navy's 2005 Draft Supplemental Environmental Impact Statement ("EIS") for its Surveillance Towed Array Sensor System Low Frequency Active Sonar, the Navy's 2006 environmental assessment for the Rim of the Pacific Exercise, the Navy's 2006 Draft EIS/Overseas EIS for its Undersea Warfare Training Range, and the Navy's 2007 Draft EIS/Overseas EIS for the Hawaii Range Complex, among others.

6. Most recently, AWI participated in public review of and comment on both the Navy's Hawaii-Southern California Training and Testing ("HSTT") EIS and NMFS's rulemaking under the MMPA to authorize harm to marine mammals associated with the Navy's HSTT activities. Among other things, AWI pointed out the HSTT EIS's failure to comply with NEPA's mandate to consider reasonable alternatives that would cause less environmental harm and to evaluate a true "no action" alternative. AWI informed both NMFS and the Navy that the EIS's fatal flaws precluded either agency from relying on the EIS to support decisions related to HSTT activities.

7. AWI serves as the Pacific Islands representative to the International Ocean Noise Coalition, a partnership of over 150 non-governmental organizations ("NGOs") created to address the need for a global approach to combating human-

generated ocean noise.  This umbrella organization serves the critical role of relaying information to the United Nations on behalf of the participating NGOs. AWI has consistently represented the International Ocean Noise Coalition at meetings of the United Nations and has provided opening statements on the ocean noise issue at meetings of the United Nations Open-ended Informal Consultative Process on Oceans and the Law of the Sea, the First Global Integrated Marine Assessment of the Regular Process, and the Ad Hoc Open-ended Informal Working Group to study issues relating to the conservation and sustainable use of marine biodiversity beyond areas of national jurisdiction.

8.     In addition to serving as AWI's President, I am a member of AWI.  I currently live in Annandale, Virginia but I regularly travel to Hawaiʻi with my family to dive and whale watch, primarily off the island of Kauaʻi.  I enjoy observing marine animals from the shore and from boats and while swimming, snorkeling and scuba diving.  I travel to Hawaiʻi to participate in these activities for recreation and to enjoy the sights and sounds of Hawaiʻi's whales, marine mammals and sea turtles in their natural environment.

9.     Earlier this year, I went to the islands of Hawaiʻi and Kauaʻi with my family.  During our visit, we were fortunate to observe a basking female Hawaiian Monk Seal.  I plan to return to Hawaiʻi with my family next year, when we intend to whale watch and recreate in the waters off Kauaʻi.

10.     I have also enjoyed whale watching with my family in the ocean off San Diego, California.  In the past, I have seen dolphins while whale watching off San Diego.  I plan to return to San Diego with my family in the future and will again participate in whale watching in the hope of seeing some of Southern California's whales, which I have not yet observed, as well as other marine mammals.

11.     I am aware that the Navy intends to conduct training and testing activities, which will involve the use of high-intensity, mid-frequency active sonar and explosives in the near- and off-shore waters surrounding the Hawaiian Islands and in Southern California.  I am also aware that NMFS has issued a Biological Opinion and Letters of Authorization for the Navy's proposed actions that fail adequately to protect marine mammals and sea turtles from injury and death, and that are otherwise deficient.

12.     I am familiar with scientific literature that has implicated naval sonar as a contributing cause to mass cetacean strandings and casualty events around the world.  I am aware that the sonar most often implicated is mid-frequency sonar, the same sonar the Navy intends to use in waters off Hawai'i and Southern California.

13.     I am also aware that the Navy's use of explosives has killed marine mammals, including a Navy training exercise that killed at least three dolphins in southern California in 2011.

14. The proposed Navy training and testing will adversely affect AWI's organizational interests, as well as its members' ability to protect, study, observe, and enjoy marine mammals, sea turtles and other marine species in Hawaiʻi and Southern California waters that will be adversely affected by the Navy's proposed activities.

15. I am concerned that the Navy's training and testing will result in mass strandings or casualties of marine mammals. I am also concerned that the Navy's training and testing will harm Hawaiʻi's and Southern California's marine mammals in other ways, such as by rupturing their hearing organs, as was the case in the mass stranding events in the Bahamas in 2000 (17 whales stranded and died); Madeira, Spain in 2000 (10-14 Cuvier's beaked whales stranded); and the Canary Islands in 2002 (11 of 14 stranded beaked whales died) and 2004 (four beaked whales died).

16. I am also worried about less obvious impacts to marine mammals from the Navy's poorly mitigated training and testing, including, among other things, hearing degradation and/or masking of natural sound; behavioral disruptions which makes it difficult, if not impossible, for marine mammals to detect and/or respond to the vital sounds of nearby prey, predators, mates, or offspring; and behavioral disruptions. The knowledge that the Navy has failed to apply adequate mitigation measures to protect marine mammals in Hawaiʻi and

Southern California waters from high-intensity, mid-frequency active sonar in biologically-significant areas impairs my ability to enjoy whale-watching and diving.

17. Moreover, I am very concerned about the potential for habitat abandonment. If whale populations abandon Hawaiʻi's and Southern California's waters as a result of the Navy's use of inadequately mitigated mid-frequency sonar (a phenomenon that was documented in the Bahamas in 2000), I will be prevented from enjoying the whale-watching activities I have repeatedly enjoyed in Hawaiʻi and Southern California since 1992.

18. In sum, the Navy's proposed training and testing and NMFS's deficient Biological Opinion and authorizations under the Marine Mammal Protection Act, which do not adequately mitigate known effects on marine mammals from high-intensity, mid-frequency sonar and explosives, adversely affect AWI's organizational interests in protecting marine mammals; AWI's members' ability to protect, study, observe, and enjoy Hawaiʻi's and Southern California's marine mammals; and my personal ability to protect, study, observe, and enjoy marine mammals.

\\

\\

\\

I declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof to be true of my own knowledge.

Dated at Washington, D.C., October 9, 2014.

_____
CATHY ANN LISS