DAVID HENKIN        #6876
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i  96813
Telephone No.:  (808) 599-2436
Fax No.:  (808) 521-6841
Email:  dhenkin@earthjustice.org
Attorneys for Plaintiffs in Civil No. 13-00684 SOM RLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CONSERVATION COUNCIL FOR HAWAI'I, *et al.*, | CIVIL NO. 13-00684 SOM RLP |
| Plaintiffs, | DECLARATION OF MIYOKO SAKASHITA |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Defendants. | |
| _____ | |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL NO. 14- 00153 SOM RLP |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Defendants. | |

I, Miyoko Sakashita, declare that if called as a witness in this action I would testify of my own personal knowledge as follows:

1. I am a resident of Oakland, California, and I have been a staff member of the Center for Biological Diversity ("the Center"), a plaintiff in this case, since October 2006. I also have been a member of the Center since 2005. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

2. Currently, I serve as the director of the Center's oceans program. I work with our legal and scientific staff and other organizations to advance the Center's goal of marine wildlife and habitat protection through administrative actions and reform, scientific research and the judicial process. In my capacity as director of the oceans program, I am familiar with all aspects of the Center's activities and organizational interests.

3. The Center is a non-profit corporation dedicated to preserving, protecting, and restoring biodiversity, native species, ecosystems, and public lands. The Center has over 39,000 members, each of whom shares a commitment to the study, protection, enhancement, conservation, and preservation of the world's marine and terrestrial biodiversity and ecosystems, including the wildlife and habitat in the Pacific Ocean off Hawaiʻi and Southern California. The Center has over 6,000 active members in California and approximately 200 members who are residents of Hawaiʻi. The Center's members – including myself – regularly use

2

Southern California and Hawaiian coastal waters for recreation, aesthetic enjoyment, observation, research, and other educational activities.

4. The Center has a long-standing interest in the conservation of Pacific Ocean wildlife and habitat. To further that interest, the Center has been working to reduce threats and secure protections for Hawaiian monk seals, blue whales, sperm whales, humpback whales, false killer whales and beaked whales, as well as green, loggerhead and leatherback sea turtles.

5. Specifically, the Center has sought to protect sperm whales, sea turtles, and false killer whales from entanglement in fishing gear off the coasts of Hawaiʻi and Southern California. It has also advocated for habitat protections for leatherback sea turtles off California and for Hawaiian monk seals along the Hawaiian coast. We have worked to defend protections of humpback whales and green sea turtles under the Endangered Species Act, as well as to reduce ship strikes of large whales off the California coast. Our work to reduce the threat of high intensity noise to marine mammals includes lawsuits and advocacy to protect biologically important areas and mitigate the impacts of seismic surveys and sonar. The Center has engaged in prior efforts to protect marine mammals from sonar and seismic activities in Hawaiʻi, the Gulf of Mexico, the Atlantic Ocean, and the Pacific Northwest.

6. For the past ten years, I have visited Hawaiʻi approximately once or twice a year, and I intend to continue doing so in the foreseeable future. My next visit to Hawaiʻi will be in the spring of 2015. During my visits to Hawaiʻi, I snorkel, surf, and hike along the coast to enjoy the natural habitat and to observe wildlife including sea turtles, Hawaiian monk seals, and whales.

7. My most recent trips to Hawaiʻi were in early 2013 and 2014, and I visited Oʻahu. During those visits, I spent a lot of time observing wildlife on the coast. I have traveled around the island seeking out chances to observe marine life including snorkeling at Hanaumua Bay and Coconut Island where I have enjoyed coral reef ecosystems and sea turtles. I have seen Hawaiian monk seals on each of my trips since 2012. I have also hiked and camped along the North Shore of Oʻahu where I have observed humpback whales spouting and breaching in the distance.

8. I have also spent time on other Hawaiian islands, including Maui, Hawaiʻi, and Kauaʻi. My last trip to Hawaiʻi Island was in August 2008 when I visited my relatives and stayed in Kona. During that trip, I snorkeled and swam at many locations along the Kona and Kohala coasts, where I enjoyed seeing green sea turtles and looking for marine mammals. On numerous occasions over the last ten years, I have visited Kauaʻi, where I have photographed, surfed, and observed marine life at Hanalei Bay, observed Hawaiian monk seals near Poʻipū, and surfed

and watched whales near Barking Sands Beach, a naval testing and training facility.

9. My enjoyment of Hawaiʻi is dependent on opportunities to see marine mammals and sea turtles in their natural habitat. On each of my trips to Hawaiʻi, I seek out opportunities to view whales, seals, and sea turtles as well as coral reefs and other marine life.

10. I also regularly visit Southern California to advocate for the protection of marine life, surf, and observe marine mammals and other coastal wildlife. My next trip to Southern California is planned in November 2014 to attend the International Conference of the American Cetacean Society. On that trip, I plan to take a whale watching boat trip and to learn more about marine mammals and the threats to their survival.

11. Most recently, in October 2014, I went to Newport Beach for a California Coastal Commission meeting to advocate for the Commission to protect marine life, including blue whales, from offshore oil and gas activities in Southern California. During that trip, I went to the beach with the hopes of observing sperm whales, which that week were reported to be congregating off the coast of Newport Beach. I also took two trips to the Santa Barbara coast in 2014, including one with my family, where we went hiking and camping at the beach to enjoy, photograph, and look for marine mammals and other wildlife in the Pacific Ocean.

12. I also periodically visit my parents in San Diego, and we often go to observe harbor seals nearby at Children's Pool Beach. I have surfed, walked along, and looked for marine mammals and sea turtles from many beaches in and around San Diego including Pacific Beach, Mission Beach, Windansea Beach, Del Mar, San Onofre, and Encinitas Beach. During some of these visits, I have had the pleasure of seeing dolphins in the waves or whales spouting offshore.

13. It is the access to the ocean and rich biodiversity of Southern California that motivates me to visit and to advocate for stronger environmental protections in this area.

14. From my work, I have learned that sonar can displace whales from their preferred habitat and disrupts feeding, breeding, nursing, communication, navigation and other behaviors essential to their survival. Of greatest concern, sonar can injure marine mammals — and even kill them — by causing hearing loss, hemorrhages and other kinds of tissue trauma, or by driving them rapidly to the surface or to shore. My review of the Navy's own environmental documents reveals that the Navy's mid-frequency sonar has been implicated in mass strandings of marine mammals, including the stranding of hundreds of melon-headed whales that Navy exercises drove into Hanalei Bay, Kaua'i in 2004. I have also read studies about how high intensity noise can cause hearing loss and disturbance of sea turtles.

15. The Navy's testing and training activities off Hawaiʻi and Southern California harm the Center's organizational interests, our members' interests, and my personal interests in conserving marine species and their habitats and protecting them against high intensity noise pollution, explosions, and vessel traffic. The testing and training activities impair the enjoyment and health of these marine ecosystems and reduce opportunities to observe whales, sea turtles, monk seals and other marine animals in their natural habitat. Just knowing that Navy sonar is displacing, deafening, and injuring whales and dolphins off the coasts of Hawaiʻi and California diminishes the enjoyment of these areas for the Center and its members, including myself.

16. The National Marine Fisheries Service's authorization that allows more than 9.5 million instances of harm, including hearing loss and mortality, injures the Center's and its members' interests in conserving marine mammals and their habitat. Because the authorization allows the Navy to harm and kill marine mammals and sea turtles, it runs contrary to the goals and interests of the Center and its members. I believe that, if the Fisheries Service had done a robust analysis and implemented more effective mitigation measures, the Navy's activities would be less likely to harm so many marine mammals and sea turtles. Similarly, the Navy's flawed Environmental Impact Statement and subsequent record of decision

that elected the most environmentally damaging alternative also harms the Center and its members.

17. In conclusion, the authorizations that are at issue in this lawsuit are germane to the Center's work protecting marine species and their natural habitats. The testing and training activities that have been approved with faulty analysis and decisionmaking injure the interests of the Center, its members, and me personally. The animals that the Center and its members enjoy and care so deeply about are at risk of injury, disturbance, and death from sonar and the other military activities approved here.

I declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof to be true of my own knowledge.

DATED: San Francisco, California, October 14, 2014.

_____
Miyoko Sakashita