COLIN A. YOST #7739
1600 Kapiolani Boulevard, Suite 1700
Honolulu, HI 96814
Telephone: (808) 783-9430
Fax: (866) 338-2191
E-mail: colin@yostlawhawaii.com

JENNIFER A. SORENSON, *pro hac vice*
NANCY S. MARKS, *pro hac vice*
STEPHEN ZAK SMITH, *pro hac vice*
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6164
Fax: (415) 875-6161
E-mail: jsorenson@nrdc.org;
nmarks@nrdc.org; zsmith@nrdc.org

*Attorneys for Plaintiffs in Case No. CV 14-00153-SOM-RLP*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| CONSERVATION COUNCIL FOR HAWAI'I *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE *et al.*,<br><br>    Defendants.<br><br>NATURAL RESOURCES DEFENSE | Lead Case No. CV 13-00684-SOM-RLP<br><br>*Consolidated with* Case No. CV 14-00153-SOM-RLP<br><br>**PLAINTIFFS NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; CERTIFICATE** |

| | |
|---|---|
| COUNCIL, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE *et al.*,<br><br>    Defendants. | OF SERVICE<br><br>Judge: Hon. Susan Oki Mollway<br>Trial Date: None Assigned |

**PLAINTIFFS NATURAL RESOURCES DEFENSE COUNCIL ET AL.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, plaintiffs Natural Resources Defense Council, Inc.; Cetacean Society International; Animal Legal Defense Fund; Pacific Environment and Resources Center; and Michael Stocker hereby move for summary judgment that:

1.    The National Marine Fisheries Service violated and is violating the Marine Mammal Protection Act, 16 U.S.C. §§ 1361-1423, and the Administrative Procedure Act, 5 U.S.C. §§ 551-706, in issuing a Final Rule and Letters of Authorization to allow incidental take of marine mammals associated with United States Navy training and testing activities in the

1

Hawaii-Southern California Training and Testing Study Area during the period of December 2013 through December 2018;

2. The National Marine Fisheries Service violated and is violating the Endangered Species Act, 16 U.S.C. §§ 1531-1544, and the Administrative Procedure Act, 5 U.S.C. §§ 551-706, in issuing a Biological Opinion and Incidental Take Statement to allow incidental take of marine mammals associated with United States Navy training and testing activities in the Hawaii-Southern California Training and Testing Study Area during the period of December 2013 through December 2018; and

3. The United States Navy violated and is violating the Endangered Species Act, 16 U.S.C. §§ 1531-1544, and the Administrative Procedure Act, 5 U.S.C. §§ 551-706, by taking marine mammals in association with its training and testing activities in the Hawaii-Southern California Training and Testing Study Area during the period of December 2013 through December 2018, in reliance on a legally defective Biological Opinion.

This motion is based on the pleadings and other papers filed in this case; the attached memorandum, concise statement, exhibits, and

declarations filed with this motion; and such other matters as may be presented to the Court.

Dated: October 30, 2014            Respectfully submitted,

COLIN A. YOST #7739
1600 Kapiolani Boulevard, Suite 1700
Honolulu, HI 96814
Telephone: (808) 783-9430
Fax: (866) 338-2191
E-mail: colin@yostlawhawaii.com

/s/ Jennifer A. Sorenson
JENNIFER A. SORENSON, *pro hac vice*
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6164
Fax: (415) 875-6161
E-mail: jsorenson@nrdc.org

NANCY S. MARKS, *pro hac vice*
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
Telephone: (212) 727-4414
Fax: (212) 727-1773
E-mail: nmarks@nrdc.org

STEPHEN ZAK SMITH, *pro hac vice*
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Fax: (310) 434-2399
E-mail: zsmith@nrdc.org

*Attorneys for Plaintiffs Natural Resources Defense Council, Inc.; Cetacean Society International; Animal Legal Defense Fund; Pacific Environment and Resources Center; and Michael Stocker*