COLIN A. YOST #7739
1600 Kapiolani Boulevard, Suite 1700
Honolulu, HI 96814
Telephone: (808) 783-9430
Fax: (866) 338-2191
E-mail: colin@yostlawhawaii.com

JENNIFER A. SORENSON, *pro hac vice*
NANCY S. MARKS, *pro hac vice*
STEPHEN ZAK SMITH, *pro hac vice*
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6164
Fax: (415) 875-6161
E-mail: jsorenson@nrdc.org;
nmarks@nrdc.org; zsmith@nrdc.org

*Attorneys for Plaintiffs in Case No. CV 14-00153-SOM-RLP*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CONSERVATION COUNCIL FOR HAWAI'I *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE *et al.*, <br><br> Defendants. | Lead Case No. CV 13-00684-SOM-RLP <br><br> *Consolidated with* Case No. CV 14-00153-SOM-RLP <br><br> **DECLARATION OF WILLIAM ROSSITER IN SUPPORT OF PLAINTIFFS NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.'S MOTION FOR SUMMARY JUDGMENT** |
| NATURAL RESOURCES DEFENSE | |

COUNCIL, INC., *et al.*,

      Plaintiffs,

v.

NATIONAL MARINE FISHERIES
SERVICE *et al.*,

      Defendants.

<u>DECLARATION OF WILLIAM ROSSITER</u>

I, William Rossiter, declare as follows:

      1.     I am Executive Director for Cetacean Society International (CSI) and have held this role for one year. Prior to that I was President of CSI for 20 years (1994-2013).

      2.     CSI is an all-volunteer, non-profit membership organization with principal headquarters in Redding, Connecticut.  CSI has volunteer representatives in 20 countries and approximately 200 members.  CSI supports conservation of, educational outreach on, and scientific research for the benefit of whales, dolphins, porpoises, and the marine environment.

      3.     CSI's goal is to minimize cetacean killing and captures, to maximize human activities related to cetaceans that neither harm nor harass, and to enhance public awareness of and concern for cetaceans and

the marine environment.  Whale-watching and other responsible human

interactions with cetaceans are a major focus of CSI and its members

worldwide.

4.     Because of concerns about ocean noise pollution, CSI became

involved in the issue of high-intensity Navy sonar in 1996.  Since then, CSI

has participated in dozens of meetings, conferences, and workshops

concerning Navy sonar or ocean noise pollution in general; submitted

formal comments to the National Marine Fisheries Service and the Navy

during public comment periods relevant to Navy sonar; communicated

regularly about the Navy sonar issue with bioacousticians and cetologists;

and, since October 1996, informed the public about the issue with up-to-

date information in CSI's website and newsletters.

5.     The protection of whales and other marine mammals from the

Navy's sonar and explosives testing and training program is central to

CSI's purpose.

//

//

//

//

Executed on October 24, 2014, in Redding, CT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
WILLIAM ROSSITER